UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES DAWSON and
NATHANIEL MAKONI,

    Plaintiffs,

v.

JACKSON AND TULL and
KNOX TULL, JR.,

    Defendants.

Civil Action 01-00337 (HHK)

FILED
APR 2 3 2001
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION

With the consent of the parties, it is by the court this 23rd day of April, 2001, hereby

**ORDERED** that the above-captioned action is referred to mediation to commence on **June 19, 2001,** and conclude by **August 19, 2001**; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the first mediation session take place three weeks after the mediator is assigned; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

*/s/ Henry H. Kennedy*
Henry H. Kennedy, Jr.
United States District Judge

11