## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| James Dawson and<br>Nathaniel Makoni ) | |
| Plaintiffs, ) | Case No. 1:01CV00337<br>Judge Henry H. Kennedy |
| v. ) | |
| Jackson and Tull, Chartered Engineers, )<br>and Knox Tull, Jr. ) | **FILED** |
| Defendants. ) | MAR 1 8 2002 |

**FILED**

MAR 1 8 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the parties' Joint Motion to Continue Status Hearing and the good cause adduced therein, it is hereby

**ORDERED,** that the parties' Joint Motion is **GRANTED**, and it is further

**ORDERED,** that the March 22, 2002, status hearing in this case shall be continued

to_____ and rescheduled by the clerk after April 21, 2002, and as soon as the business of the court permits

3/18/02
Date

Judge Henry H. Kennedy

(N)

19

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**3RD & CONSTITUTION AVE., NW**
**WASHINGTON, D.C. 20001**

**March 18, 2002**

**JAMES DAWSON**
          **Plaintiff(s)**


          **v.**

                                              **Civil Action No. 01-337(HHK)**

**JACKSON & TULL, CHARTERED ENG.**
          **Defendant(s)**


**CIVIL NOTICE**

**Please be advised that the above entitled case is rescheduled in Court.**


**CASE SET FOR:**        **STATUS CALL**

**DATE:**                **\*MAY 3, 2002**

**TIME:**                **10:00 A.M.**

**JUDGE:**               **HENRY H. KENNEDY, JR.**

**COURTROOM:**           **NO. 14, FOURTH FLOOR**

**\*PREVIOUSLY SCHEDULED FOR MARCH 22, 2002.**

                              **NANCY MAYER-WHITTINGTON,**
                              **Clerk**


          **By:**        **DELORES C. NATHAN (202-354-3185)**
                              **Deputy Clerk**


**cc:  Chambers**
     **File**
     **Courtroom Clerk**

(N)